UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ROBERT KOON, | ) | C/A No. 4:18-1584-DCN-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| TIMOTHY CLARK, JORDAN WILLIAMS, | ) | |
| S.C.D.C | ) | |
| NURSE LYNCE; | ) | |
| | ) | |
| Defendants. | ) | |

_____

This is a civil action filed *pro se* by Robert Holland Koon ("Plaintiff"). Plaintiff is currently housed at the McCormick Correctional Institution (MCI). This matter is currently before the court on Plaintiff's "Motion for Court to Order Bell Law Group and Aaron Mayer to continue Representation or refer counsel to office of Disciplinary Counsel" (ECF#15); "Motion to compel relinquishment of Attorney/Client File" (ECF #16); and, "Motion to Enforce contract of Representation via contract clause of US Const. And Review supplemental Jurisdiction Motion." (ECF #17).

All three of these motions pertain to Plaintiff's request that the court order the Bell Legal Group and/or Aaron Mayer to represent Plaintiff in this action, to enforce a contract with these attorneys, and to compel said attorneys to provide Plaintiff with a copy of his "client file". Plaintiff's claims are not directed towards any Defendants in this action. Therefore, these motions are denied. (ECF #15, #16, and #17).

IT IS SO ORDERED.


                                        s/Thomas E. Rogers, III
August <u>27</u>, 2018                    Thomas E. Rogers, III
Florence, South Carolina                 United States Magistrate Judge